# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 14-52841 |
| Reinhart, Daniel and Debra } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:        Reinhart, Daniel and Debra

Street:        4351 Promenade Ave.

City, State, Zip: Grove City, OH 43123


**Please be advised that effective June 3, 2016
my new mailing address is:**

Name:        Reinhart, Daniel and Debra

Street:        3840 Breck Avenue

City, State, Zip: Grove City, Ohio 43123


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on June 3, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Reinhart, Daniel and Debra
3840 Breck Avenue
Grove City, Ohio 43123

        Respectfully Submitted,
        /s/ Erin E. Schrader
        Erin E. Schrader (0078078)
        Rauser & Associates
        5 East Long St., Suite 300
        Columbus, OH 43215
        (614) 228-4480